UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD COOPER,

    Petitioner,

-vs-                                                Case No. 8:04-CV-1447-T-27MSS

JAMES V. CROSBY, JR., et al.,

    Respondents.

_____

## ORDER

This matter comes before the Court for consideration of Petitioner's Unopposed Motion for Leave to File Reply to Answer to Petition for Writ of Habeas Corpus in Excess of 20 Pages (Dkt. 18), Respondent's Motion to Strike Petitioner's Appendix (Dkt. 19), Petitioner's Motion for Discovery and for an Evidentiary Hearing (Dkt. 21), and Petitioner's Unopposed Request for Oral Argument on His Motion for Discovery and for an Evidentiary Hearing (Dkt. 22).

Upon consideration, the Court **ORDERS** that:

1. Petitioner's Unopposed Motion for Leave to File Reply to Answer to Petition for Writ of Habeas Corpus in Excess of 20 Pages (Dkt. 18) is **GRANTED**.

2. Petitioner's Unopposed Request for Oral Argument on His Motion for Discovery and for an Evidentiary Hearing (Dkt. 22) is **GRANTED**. The hearing on Respondent's Motion to Strike Petitioner's Appendix (Dkt. 19) and Petitioner's Motion for Discovery and for an Evidentiary Hearing (Dkt. 21) will be conducted on **Wednesday, June 29, 2005**, at

**10:30 a.m.**, before the Honorable James D. Whittemore in **Courtroom 13B** at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida.

**ORDERED** at Tampa, Florida, on ___June 1st___, 2005.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copy furnished to:

All Parties/Counsel of Record
SA:jsh